

FILED
CLERK, U.S. DISTRICT COURT
FEB 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., Plaintiff, v. DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., DOLLAR RENT A CAR, INC., AND THRIFTY, INC., Defendants. ———————————————— DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., DOLLAR RENT A CAR, INC., AND THRIFTY, INC., Counterclaim Plaintiffs, v. PI-NET INTERNATIONAL, INC., Counterclaim Defendant. | Case No. CV 12-04270 PSG (JEMx) [PROPOSED] STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION  Courtroom: 880- 8th Floor Judge: Philip S. Gutierrez Magistrate Judge: John E. McDermott Complaint Filed: May 9, 2012 Trial Date: June 24, 2014 |

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

1  **IT IS HEREBY ORDERED,** good cause appearing, that the terms of the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information as agreed upon by the Parties in the above-consolidated action meet with the approval of the Court and that the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information is **GRANTED.**

DATED: 2/11/2013

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**JOHN E. McDERMOTT
UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted,

　/s/ Michael J. Proctor
MICHAEL J. PROCTOR
CALDWELL LESLIE & PROCTOR

Attorneys For Defendants and Counterclaim Plaintiffs
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., DOLLAR RENT A CAR, INC., AND THRIFTY, INC.

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110